**Eula DICKSON; Andrea Dickson, Plaintiffs–Appellants,**

v.

**COHN, GOLDBERG & DEUTSCH LAW FIRM; Darlene Buzzard, in her individual capacity; Patricia Krieger, in her individual capacity; Stephen Norman Goldberg, in his individual capacity; Richard Evan Solomon, in his individual capacity; Ronald Steven Deutsch, in his individual capacity; Edward S. Cohn, in his individual capacity; Richard J. Rogers, in his individual capacity, Defendants–Appellees,**

**and**

**Mers, Incorporated; Reconstruct Company, N.A., Defendants.**

**No. 10–1193.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 14, 2011.

Decided: May 4, 2011.

Eula Dickson, Andrea Dickson, Appellants Pro Se. Stephen Norman Goldberg, Richard Evan Solomon, Cohn, Goldberg & Deutsch, LLC, Towson, Maryland, for Appellees.

Before KING, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal the district court's order dismissing their complaint alleging numerous causes of action arising from a state foreclosure proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dickson v. Cohn*, No. 8:09–cv–00937–PJM, 2009 WL 4730986 (D.Md. Dec. 7, 2009); *see also* 4th Cir. R. 34(b) (stating that this court's review is limited to the issues raised in the informal brief). We deny Appellants' motions to strike and for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*